# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO SANDOVAL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DIAZ, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:20-cv-01375-BAM (PC)<br><br>ORDER ADMINISTRATIVELY CLOSING INSTANT CASE AS OPENED IN ERROR |

Plaintiff Julio Sandoval ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action was filed on September 28, 2020.  (ECF No. 1.)

On September 14, 2020, Plaintiff filed a nearly identical complaint in Sandoval v. Diaz, Case No. 1:20-cv-01314-BAM (PC).  Therefore, it appears that the instant action, Case No. 1:20-cv-01375-BAM, is duplicative of the first action, and was opened in error.  As a result, the Court directs the Clerk of the Court to correct this administrative error by closing the incorrectly-opened new case.

Plaintiff is informed that he should continue to respond to orders issued in Case No. 1:20-cv-01314-BAM regarding the claims raised in his complaint.  **That case remains open at this time and is not affected by this order**.  In addition, Plaintiff will **not** be charged the filing fee for this incorrectly-opened case.  If Plaintiff wishes to add or change the allegations in his original

1

complaint, he should do so by filing the proposed **amended** complaint together with a motion to amend in Case No. 1:20-cv-01314-BAM, **not** by filing a new complaint, which will open a new action.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall ADMINISTRATIVELY CLOSE Case No. 1:20-cv-01375-BAM;
2. All pending motions in this matter, if any, are terminated.

IT IS SO ORDERED.

Dated:   **September 30, 2020**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE